**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-30756
Summary Calendar

A. Lawson Enterprises, Inc.,

Plaintiff-Appellant,

VERSUS

Louisiana Insurance Guaranty Association,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
(97-CV-2759-F)

March 19, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

This case involves an appeal by A. Lawson Enterprises, Inc.,
Plaintiff-Appellant, from the district court's grant of Louisiana
Insurance Guaranty Association's motion for summary judgment. The
Plaintiff-Appellant argues that its claim under the Miller Act, 40
U.S.C. § 270b, should not be time-barred under that law's statute
of limitations because the doctrine of equitable estoppel should

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

have resulted in the tolling of the one year statute of limitations.

We have reviewed the record and the parties' briefs and AFFIRM the district court's judgment for essentially the same reasons set forth by the district court. <u>A. Lawson Enterprises, Inc. v. Louisiana Insurance Guaranty Association</u>, No. 97-CV-2759-F.